1
2
3
4
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

6    UNITED STATES OF AMERICA,           Case No. 3:19-cr-00010-MMD-WGC

7                          Plaintiff,

8              v.

9    SAUD ALESSA,

10                         Defendant.

11

12   UNITED STATES OF AMERICA,           Case No. 3:20-cr-00021-MMD-CLB

13

14                         Plaintiff,

15             v.

16   WYATT ELMS,

17                         Defendant.

18

19   UNITED STATES OF AMERICA,           Case No. 3:20-cr-00026-MMD-WGC

20

21                         Plaintiff,                    ORDER

22             v.

23   GUSTAVO CARRILLO-LOPEZ,

24

25                         Defendant.

26

27          The Court granted in part a motion for access to jury selection records and

28   materials in *United States v.* Knight, Case No. 3:19-cr-00038-MMD-CLB, ECF No. 68 (D.

1  Nev. Oct. 20, 2020) (the "Order"). The above-referenced cases each contain a similar

2  motion for the same jury selection records and materials. (*United States v. Alessa,* Case

3  No. 3:19-cr-00010-MMD-WGC (ECF No. 107); *United States v. Elms,* Case No. 3:20-cr-

4  0021-MMD-CLB (ECF No. 31); *United States v. Carrillo*-Lopez, Case No. 3:20-cr-00026-

5  MMD-WGC (ECF No. 25.) The Court grants in part and denies in part these three motions

6  in the same way as provided for, and for the reasons stated, in the Order. The Court

7  hereby incorporates by reference the Order from *Knight* and directs the Clerk of Court to

8  provide the requested information in the above-referenced cases following the same

9  procedures provided for in the Order.

10        DATED THIS 20th Day of October 2020.

12                                                  MIRANDA M. DU
13                                                  CHIEF UNITED STATES DISTRICT JUDGE

2